USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALISHA ROSARIO,

                                          Plaintiff,

            -against-

UBER TECHNOLOGIES, INC., BASSIROU SYLLA,
and MARUANA DELGADO,

                                         Defendants.

------------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

1:18-CV-8045 (LAP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 68). A telephone conference will be held on **Tuesday, March 17 , 2020 at 12:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers on the scheduled date with counsel for all parties on the line. Please dial 212-805-0234.

      SO ORDERED.

Dated: March 11, 2020
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge