UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALISHA ROSARIO,

                                    Plaintiff,

                    -against-

UBER TECHNOLOGIES, INC., BASSIROU SYLLA,
and MARUANA DELGADO,

                                    Defendants.

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 03/16/2020

**ORDER**

**1:18-CV-8045 (LAP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

For the telephone conference scheduled for March 17, 2020 at 12:30 p.m., the parties

should dial the following number: (866) 434-5269.  The access code is: 4858267 (if prompted to

put in security code, re-enter access code).

            **SO ORDERED.**

DATED:        New York, New York
              March 16, 2020

                                    _____
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge